# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAMOND J. WASHINGTON

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2021 CW 1338

DECEMBER 30, 2021

---

In Re:    Damond J. Washington, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 708010.

---

BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.

**WRIT GRANTED.** The district court is ordered to act on the Petition for Judicial Review filed by relator, Damond J. Washington, on or before February 28, 2022, and to provide this court with a copy of its ruling by March 15, 2022.

VGW
AHP
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT